# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -00085(1) |
| | § |
| (1) Rigoberto Trejo-Aviles | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 08, 2023** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Rigoberto  TREJO-Aviles, an alien, entered, or was found in the United States at or near Carrizo Springs, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 06/28/2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title        **8**        United States Code, Section(s)        **1326(a)(1)**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Rigoberto  TREJO-Aviles, was arrested by Border Patrol Agents, on January 08, 2023 for being an alien illegally present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Fuentes, Rubi
Signature of Complainant
Fuentes, Rubi
Border Patrol Agent

01/10/2023
File Date

at   DEL RIO, Texas
City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                             Case Number: DR:23-M -00085(1)

(1) Rigoberto Trejo-Aviles

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 06/28/2017 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____                    /s/ Fuentes, Rubi
_____
Signature of Judicial Officer                       Signature of Complainant